errors in the charge and misconduct of plaintiff's counsel. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Respondent, v. ROMANO DEGLIEQUI and BERO BROTHERS ENGINEERING AND CONSTRUCTION CORPORATION, Appellants.— Judgment and order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the law and for granting a new trial on the ground of errors in the charge. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JESSE J. BARTLETT, Respondent, v. GEORGE STINARD and NASH SALES COMPANY OF SYRACUSE, INCORPORATED, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JESSE J. BARTLETT, Appellant, v. GEORGE STINARD and Another, Defendants, and SYRACUSE CO-ORDINATED BUS LINES, INCORPORATED, Respondent.— Judgment affirmed, with costs, on the ground that, upon the plaintiff's own case, the sole proximate cause of the collision was, as matter of law, the disobedience of Stinard to the command of the statute providing for the management of cars at a street intersection. (Shirley v. Larkin, 239 N. Y. 94.) We think the decision of the trial judge was right, though the rule of law upon which he based that decision has since been disapproved by this court in Gochee v. Wagner (232 App. Div. 401), decided May 13, 1931. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOSEPHINE POMES, Respondent, v. CHARLES BEN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGIA M. GILT, Respondent, v. WILLIAM F. MARTENS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDWARD E. KAY and Another, as Administrators, etc., of EDITH KAY, Deceased, Respondents, v. THE TOWN OF ELLISBURG, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDNA L. WHEELER, Respondent, v. THE TOWN OF ELLISBURG, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANCES DE FRANCO, as Administratrix, etc., of JOHN DE FRANCO, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event on the ground that the verdict is against the weight of the evidence on the questions of defendant's negligence and plaintiff's freedom from contributory negligence. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FREDERICK W. BENNER, Respondent, v. CARL O. HEINZEL and Others, Appellants.— Judgment and order reversed on the facts and a new trial granted, with